An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| RJRN HOLDINGS, LLC, A NEVADA LIMITED LIABILITY COMPANY, Appellant, vs. U.S. BANK, N.A., AND ANY AND ALL OTHER PERSONS UNKNOW CLAIMING ANY RIGHT, TITLE, ESTATE, LIEN OR INTEREST IN THE PROPERTY ADVERSE TO THE PLAINTIFF'S OWNERSHIP, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO, Respondent. | No. 65010 **FILED** AUG 05 2014 TRACIE K. LINDEMAN CLERK OF SUPREME COURT BY S. Young DEPUTY CLERK |

*ORDER DISMISSING APPEAL*

The parties' stipulation to dismiss this appeal is approved, with the parties to bear their own costs and fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
TRACIE K. LINDEMAN

BY: _____

cc:   Hon. Jerry A. Wiese, District Judge
      Greene Infuso, LLP
      Smith Larsen & Wixom
      Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O)-1947

14-25601